■ The People of the State of New York, Respondent, v Armando Velez, Appellant. [700 NYS2d 680] —Judgment, Supreme Court, New York County (Jay Gold, J., at nonjury trial; Richard Carruthers, J., at sentence), rendered January 20, 1998, convicting him of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4\frac{1}{2}$ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the court's determinations concerning credibility. Concur—Nardelli, J. P., Tom, Mazzarelli, Ellerin and Friedman, JJ.

■ In the Matter of William Abatangelo, Jr., et al., Appellants, v Lilliam Barrios-Paoli et al., Respondents. (Action No. 1.) In the Matter of Guardians Association of the Police Department of the City of New York, Inc., et al., Appellants, v William J. Bratton, as Police Commissioner of City of New York, et al., Respondents. (Action No. 2.) [700 NYS2d 681] —Judgment, Supreme Court, New York County (Stephen Crane, J.), entered August 27, 1998, which denied petitioners' application pursuant to CPLR article 78 challenging the validity of Police Sergeants Examination 1528 administered on October 16, 1993, and dismissed the petition, unanimously affirmed, without costs.

Respondents determined that the results of the subject exam were not compromised by cheating. An investigation thoroughly addressed and rejected petitioners' allegation that a certain individual had illegally obtained the exam before it was administered. Nothing in the record warrants judicial rejection of respondents' determination as irrational. Concur—Nardelli, J. P., Tom, Mazzarelli, Ellerin and Friedman, JJ.